UNITED STATES of America,
Plaintiff–Appellee

v.

Luis Carlos ESCAJEDA, Defendant–
Appellant.

No. 07–51374
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

July 9, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Suite B–207, Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**198**

Before JOLLY, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Luis Carlos Escajeda raises arguments that are foreclosed by *Irizarry v. United States,* —— U.S. ——, 128 S.Ct. 2198, 2203–04, 171 L.Ed.2d 28 (2008), which held that the district court is not required to provide notice prior to sentencing of its sua sponte intention to impose a sentence that is a variance from the recommended sentencing guidelines range. *See United States v. Mejia–Huerta,* 480 F.3d 713, 723 (5th Cir.2007), *cert. denied,* —— U.S. ——, 128 S.Ct. 2954, —— L.Ed.2d —— (2008). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before JOLLY, CLEMENT, and OWEN, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

